UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:07CR338 |
| | ) | |
| Plaintiff | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | O R D E R |
| Aleshia Bryant | ) | |
| | ) | |
| Defendant | ) | |

    A violation Report was filed in this case on December 11, 2009, and the Court referred this matter to Magistrate Judge James S. Gallas to conduct appropriate proceedings and to file a Report and Recommendation. A Report and Recommendation was filed on January 8, 2010. (See docket #612). The defendant and her Attorney Darrin Thompson appeared before this Court on April 16, 2010. The Court finds the defendant in violation of her terms and conditions of supervised release as stated in the violation report and further, the Court adopts the Report and Recommendation of the Magistrate Judge.

    IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of six (6) months. Upon release from confinement the period of Supervised Release will terminate.

 April 16, 2010                                                                               s/David D. Dowd, Jr.
      Date                                                                  DAVID D. DOWD, JR.
                                                                         U. S. DISTRICT JUDGE